01

02

03

04

05

06

07                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
08                                  AT SEATTLE

09   UNITED STATES OF AMERICA,          )   CASE NO.: CR99-308-TSZ
                                        )
10       Plaintiff,                     )
                                        )
11       v.                             )   SUMMARY REPORT OF U.S.
                                        )   MAGISTRATE JUDGE AS TO
12   BAILEY CREDO WITT,                 )   ALLEGED VIOLATIONS
                                        )   OF SUPERVISED RELEASE
13       Defendant.                     )
     _____)
14

15       An initial hearing on supervised release revocation in this case was scheduled before me

16   on January 13, 2006.  The United States was represented by AUSA Susan M. Roe and the

17   defendant by Carol A. Koller.  The proceedings were digitally recorded.

18       Defendant had been sentenced on or about September 24, 1999 by the Honorable Thomas

19   S. Zilly on a charge of Bank Robbery and sentenced to 60 months in custody, 5 years supervised

20   release.

21       The conditions of supervised release included the standard conditions plus no firearms,

22   submit to mandatory drug testing, participate in a drug dependency/substance abuse program,

23   abstain from the use of alcohol, restitution in the amount of $1,549, provide access to financial

24   information, no new credit without permission, and participate in a mental health program. (Dkt.

25   26).

26       On December 20th, 2005, defendant admitted to violating the conditions of supervised

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO  ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01    release by using cocaine and associating with a convicted felon. (Dkt. 40).  The defendant

02    requested an evidentiary hearing on the allegation that he failed to appear for drug testing on or

03    about September 29, 2005 in violation of the special condition requiring him to participate in a

04    program for treatment of drug dependency to include testing for the use of drugs. (Violation

05    number 2, Petition of October 6, 2005).

06        In an application dated December 30, 2005, U.S. Probation Officer Calvin Bouma alleged

07    the following violation of the conditions of probation (these violations were incorporated into the

08    violations alleged on October 6, 2005) (Dkt. 41):

09        4.      Possessing Stolen Property, Second Degree (a class C felony and a violation of

10    RCW 9.41.010), on or about October 17, 2005 in Island County, Washington in violation of the

11    general condition that he not commit another federal, state or local crime.

12        5.      Associating with a convicted felon (Jason M. Bowen) on or about October 17,

13    2005 in violation of standard condition No. 9.

14        Defendant was advised in full as to those charges and as to his constitutional rights.

15        Defendant admitted  violation number 5, and violation number 2 in the report of October

16    6, 2005 and waived any evidentiary hearing as to whether they occurred. The United States moved

17    to dismiss violation number 4.

18        I therefore recommend the Court find defendant violated his supervised release as alleged

19    in violations 2 and 5, that violation number 4 be dismissed,  and that the Court conduct a hearing

20    limited to the issue of disposition.  The next hearing will be set before Judge Zilly.

21        Pending a final determination by the Court, defendant has been detained.

22        DATED this  17th  day of January, 2006.

23

24

                 Mary Alice Theiler

25                  United States Magistrate Judge

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO  ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

01  cc:        District Judge:            Honorable Thomas S. Zilly
               AUSA:                      Susan M. Roe
02             Defendant's attorney:      Carol Koller
               Probation officer:         Calvin Bouma
03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO  ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3